IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY DAVID DAVIS,**   **PETITIONER**
ADC #123330

v.   Case No. 4:21-cv-00462-KGB

**DEXTER PAYNE, Director**
**Arkansas Department of Correction**   **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from United States Magistrate Judge Jerome T. Kearney entered on November 16, 2022 (Dkt. No. 22). Petitioner Larry David Davis filed a timely objection and a supplement to his objection to the Recommended Disposition (Dkt. Nos. 23; 24). After a review of the Recommended Disposition, Mr. Davis's objections thereto, as well as a *de novo* review of the record, the Court adopts the Recommended Disposition as this Court's findings of fact and conclusions of law with one exception. Judge Kearney states in his Recommended Disposition that Mr. Davis does not challenge the voluntary and intelligent nature of his plea in his current petition (Dkt. No. 22, at 8). Judge Kearney may be correct that Mr. Davis does not raise the issue in his petition. However, in his reply to Director Payne's response to his petition, Mr. Davis asserts that his plea was not knowingly and intelligently made, and Mr. Davis asks that this "claim be added to my [h]abeas" (Dkt. Nos. 20, at 5). Despite his statement in the Recommended Disposition, Judge Kearney went on to analyze the case as if Mr. Davis had included a challenge to the voluntary and intelligent nature of his plea, and Mr. Davis has not come forward with a satisfactory objection to Judge Kearney's analysis (Dkt. No. 22, at 8).

Mr. Davis's objection and supplement largely reiterate the arguments made in his petition and reply to respondent Dexter Payne's response (Dkt. Nos. 2, 25). None of Mr. Davis's

arguments, in his objection and supplement or in his petition and reply, constitute cause sufficient to overcome the procedural bar of his claims.  The Court dismisses with prejudice Mr. Davis's petition for a writ of *habeas corpus* (Dkt. No. 2).  The Court declines to issue a certificate of appealability.  Mr. Davis may still apply to the Eighth Circuit for a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B).

It is so ordered this 26th day of January, 2023.

_____
Kristine G. Baker
United States District Judge